NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JERRY SHIPMAN,

        Appellant,

v.                                Case No. 2D18-2523

NATIONSTAR MORTGAGE, LLC,
d/b/a CHAMPION MORTGAGE
COMPANY,

        Appellee.

Opinion filed June 26, 2019.

Appeal from the Circuit Court for Polk
County; Gerald P. Hill, II, Judge.

Jerry Shipman, pro se.

Nancy M. Wallace of Akerman LLP,
Tallahassee; William P. Heller of
Akerman LLP, Fort Lauderdale; and
Celia C. Falzone of Akerman LLP,
Jacksonville, for Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, KELLY, and KHOUZAM, JJ., Concur.